James J. **WOLF**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 54490.

Missouri Court of Appeals,
Western District.

Jan. 27, 1998.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Angel M. Woodruff, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN,
BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

The movant, James Wolf, pled guilty to six counts of the class C felony Stealing Over $150 (§ 570.030, RSMo 1994) in the Circuit Court of Clay County and was sentenced to five years as to each count, with two counts to run consecutively. The movant's Rule 24.035 motion was dismissed by the court as untimely. Affirmed. Rule 84.16(b), V.A.M.R.

Nancy **GAWF**, Appellant,

v.

**HUNTING SPORTS PLUS, INC.,
and Division of Employment
Security, Respondent.**

No. WD 54452.

Missouri Court of Appeals,
Western District.

Jan. 27, 1998.

J. Michael Murphy, Liberty, for Appellant.

Sharon Willis, Kansas City, for Respondents.

Before SPINDEN, LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Nancy Gawf appeals the Labor and Industrial Relations Commission's decision that she was not qualified to receive unemployment compensation. We affirm. Rule 84.16(b).